IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CR. NO. 06-00054-CG |
| | ) | |
| JESSIE EARL TODD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter came on for a competency hearing on January 11, 2006, at which the parties advised that they stipulated to the report of evalutaion fr om Federal Metropolitan Correctional Center in San Diego, California and had no additional evidence to present.  Therefore, the court adopts the findings of the Bureau of Prison's Psychological Evaluation issued November 18, 2006, and finds by a preponderance of the evidence that the defendant, Jessie Earl Todd, is competent to stand trial.

Trial is **SCHEDULED** for the **February 2007** criminal term, with jury selection to take place on January 29, 2007.  The Clerk is directed to refer this matter to the magistrate judge for scheduling of a pretrial conference in January 2007.

The United States Marshal is **ORDERED** to produce defendant for jury selection on January 29, 2007.

**DONE and ORDERED** this 12th day of January, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE